| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Richard or Jane Cavin dba Recover & Discover Co.<br>P.O. Box 2390<br>Oakhurst, CA  93644 | 559-641-6300 | RECEIVED<br><br>2005 JUL 18  P 2: 38 |

ATTORNEY FOR *(Name)*: Assignee of Record

NAME OF COURT: Middle District of Alabama
STREET ADDRESS: County of Houston
MAILING ADDRESS: 1 Church Street
CITY AND ZIP CODE: Montgomery, AL 36104
BRANCH NAME:

PLAINTIFF: Williams Jr, Lawrence
Williams, Gwendolyn
DEFENDANT: Lizarrago, Angeline
Hogan, George

**APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**
☒ AND ISSUANCE OF WRIT OF EXECUTION OR OTHER ENFORCEMENT
☐ AND ORDER FOR ISSUANCE OF WRIT OR OTHER ENFORCEMENT

CASE NUMBER: CV.rus. 1:05mc 3258-T

Judgment creditor applies for entry of a judgment based upon a sister-state judgment as follows:

1. Judgment creditor *(name and address)*: Lawrence Williams Jr c/o
   Recover and Discover Company
   P.O. Box 2390, Oakhurst, CA  93644
   Assignee of Record

2. a. Judgment debtor *(name)*: George Hogan

   ☒ An individual *(last known residence address)*:  1001 Wimbledon Dr.
   Dothan, AL 36305

   c. ☐ A corporation of *(specify place of incorporation)*:
   X
   (1) ☐ Foreign corporation
       ☐ has qualified to do business in California
       ☐ has not qualified to do business in California

   d. ☐ A partnership *(specify principal place of business)*:

   (1) ☐ Foreign partnership which
       ☐ has filed a statement under Corp C 15700
       ☐ has not filed a statement under Corp C 15700

3. a. Sister state *(name)*: CALIFORNIA

   b. Sister-state court *(name and location)*: Superior Court of California
      P.o. Box 5113, Fremont, CA 94537
   c. Judgment entered in sister state on *(date)*: October 6, 1998

4. **An authenticated copy of the sister-state judgment is attached to this application.** Include accrued interest on the sister-state judgment in the California judgment (item 5c).
   a. Annual interest rate allowed by sister state *(specify)*: 12%

   b. Law of sister state establishing interest rate *(specify)*: CAL. Code of Civil Procedure 685.010

5. a. Amount remaining unpaid on sister-state judgment: .................................... $  5051.00
   b. Amount of filing fee for the application: ..................................................... $    20.00
   c. Accrued interest on sister-state judgment: ................................................ $  3400.09
   d. Amount of judgment to be entered *(total of 5a, b, and c)*: ........................ $  8471.09

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-105 [Rev. July 1, 1983]

**APPLICATION FOR ENTRY OF JUDGMENT ON
SISTER-STATE JUDGMENT**

CCP 1710.15
1710.20

| SHORT TITLE: Williams Jr / Lizarrago | CASE NUMBER: |
|---|---|

6. ☐ Judgment creditor also applies for issuance of a writ of execution or enforcement by other means before service of notice of entry of judgment as follows:

   a. ☐ Under CCP 1710.45(b).

   b. ☐ A court order is requested under CCP 1710.45(c). Facts showing that great or irreparable injury will result to judgment creditor if issuance of the writ or enforcement by other means is delayed are set forth as follows:

☐ continued in attachment 6b.

7. An action in this state on the sister-state judgment is not barred by the statute of limitations.

8. I am informed and believe that no stay of enforcement of the sister-state judgment is now in effect in the sister state.

9. No action is pending and no judgment has previously been entered in any proceeding in California based upon the sister-state judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct except as to those matters which are stated to be upon information and belief, and as to those matters I believe them to be true.

Date: June 29, 2005

Richard Cavin
(TYPE OR PRINT NAME)

➡ [signature]
(SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

EJ-105 [New July 1, 1983]    **APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**    Page two
Electronic Form Copyright © 1995
Fresno LaserGraphics