JUL 1 2 2004

*3260412*

RECEIVED

1. Lawrence Williams Jr.

2. 4437 Deerfield Dr.

3. Antioch, CA 94531

4. (925) 776-5497

2005 JUL 18 P 1:38

FILED
ALAMEDA COUNTY

JUL 1 2 2004

CLERK OF THE SUPERIOR COURT
By _____ Deputy

In the Superior Court of the State of California

In and for the County of Alameda, Fremont-Newark-Union City Division

| | |
|---|---|
| Lawrence Williams Jr.,<br>Gwendolyn Williams,<br>    Plaintiff,<br>vs.<br>Angeline Lizarrago, DBA Angel's Rose, Inc<br>George Hogan,<br>    Defendant | No. 1998025936<br><br>ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT<br>(C.C.P. § 673)<br><br>JUDGMENT ENTERED ON: October 6, 1998<br>Judgment was entered in the above-entitled court. |

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments are true and correct copies of the original on file in this office

ATTEST: JUN 0 9 2005

CLERK OF THE SUPERIOR COURT
By _____ Deputy

1. I/We hereby acknowledge assignment of all the rights and title to collect the money judgment recovered in the above-entitled action, award amount is **$5051.00**.

2. Judgment Creditor:    **Williams Jr., Lawrence**
                          **Williams, Gwendolyn**
                          **4437 Deerfield Dr.**
                          **Antioch, CA 94531**

3. Judgment Debtor:      **Lizarrago, Angeline - DBA Angel's Rose, Inc.**
                          **Hogan, George**
                          **3863 Darwin Dr.**
                          **Fremont, CA 94555**

4. Assignee:             Richard Cavin or Jane Cavin
                          DBA: Recover and Discover Co. (559) 641-6300
                          PO Box 2390
                          Oakhurst CA   93644

Acknowledgment of Assignment of Judgment

5. I hereby discharge any attorney that might have represented me in this matter and act as Pro Per owner of this judgment in making this assignment.

Dated: 6/30/04   x *Lawrence Williams, Jr.*
                    Lawrence Williams Jr.

               x *Gwendolyn Williams*
                    Gwendolyn Williams

## ACKNOWLEDGMENT

State of California,

County of Contra Costa

On July 3, 2004, before me, Renee C. Olivieri, personally appeared Lawrence Williams and Gwendolyn Williams,

_____ personally known to me
✗ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that, by his/her/their signature on the instrument, the person(s), or the entity on behalf of which the person acted, executed the instrument.

Witness my hand and official seal

_Renee C. Olivieri_ on 7/3/2004
(Signature of Notary Public)

[Notary Seal: RENEE C. OLIVIERI, COMM. # 1469857, NOTARY PUBLIC-CALIFORNIA, SACRAMENTO COUNTY, COMM. EXP. FEB. 12, 2008]

Dated: 06/24/2004   _signature_
013-1998025936     ( Richard Cavin Accepting Assignment for Recover and Discover Co)

Acknowledgment of Assignment of Judgment

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA | COURT USE ONLY - FILE STAMP |
|---|---|
| PLAINTIFF: LAWRENCE P. WILLIAMS JR.<br>GWENDOLYN M. WILLIAMS | FILED<br>ALAMEDA COUNTY<br>FEB - 5 1999<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
| DEFENDANT: ANGELINE LIZARRAGO DBA ANGEL'S ROSE, INC.<br>GEORGE HOGAN | |
| **JUDGMENT ON SMALL CLAIMS APPEAL**<br>(INFORMATION AFTER JUDGMENT ON REVERSE SIDE) | |

In the above entitled action, in conformity to the decision of the Court, judgment is hereby entered as follows:

CASE NUMBER: H-204678-1
SC# 25936  FRE-NEW-UC

Order of 1-22-99 is vacated and Court finds

Judgment for both Plaintiffs jointly and severably

namely; Lawrence P. Williams, junior and Gwendolyn M.

Williams and against Defendants George Hogan and

Angeline Lizarrago in the amount of $5,000.00 plus

$51.00 costs.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments are true and duly
correct copies of the original
on file in this office
ATTEST: JUN 0 9 2005
S. KESWANI
CLERK OF THE SUPERIOR COURT
By _____ Deputy

— NOTICE TO ATTORNEY OF RECORD OR PARTY WITHOUT ATTORNEY —

Pursuant to the provisions of Code of Civil Procedure section 1952, the court may order the exhibits destroyed or otherwise disposed of after 60 days from the date this judgment is entered.

**CLERK'S CERTIFICATE OF MAILING**

I certify that I am not a party to this cause and that a copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate was

Executed at ☐ OAKLAND ☒ HAYWARD ☐ PLEASANTON , California on FEB. 5, 1999

Clerk of the Superior Court By _____ , Deputy

LAWRENCE P. WILLIAMS JR.
92 AVALON DR.
Daly City, CA 94015-4551

ANGELINE LIZARRAGO DBA ANGEL'S
ROSE, INC.
3803 DARWIN DR.
FREMONT, CA 94555

GWENDOLYN M WILLIAMS
92 AVALON DR.
DALY CITY, CA 94015-4551

GEORGE HOGAN
25055 COPA DEL ORO DR. APT. 201
HAYWARD, CA 94545

Exhibits received by this court
shall be returned to Municipal Court,
held for 30 days and if not claimed
shall be destroyed.

202-530 (Rev. 10/93)   **JUDGMENT and NOTICE OF ENTRY**