Richard Cavin and Jane Cavin

Dba Recover and Discover Company

P O Box 2390

Oakhurst, CA 93644

RECEIVED

2006 MAY -1  A 9: 47

## MIDDLE DISTRICT OF ALABAMA
## COUNTY OF HOUSTON

Lawrence Williams Jr.
Gwendolyn Williams
    Plaintiff,

Vs.                                                   Application for Garnishment

Angeline Lizarrago
George Hogan
    Defendant,

_____

On July 18, 2005, a judgment was entered in the docket of the above-entitled Court and action in favor of: Lawrence Williams Jr. and Gwendolyn Williams as Judgment Creditor, and against Angeline Lizarrago and George Hogan, as Judgment Debtor, for

$ 8,471.09 principal,

$       0.00 attorney fees,

$   570.93 interest, and

$       0.00 costs, making a total amount of

$ 9,042.02 JUDGMENT AS ENTERED.

CREDIT must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of $ 9,042.02 ACTUALLY DUE on the date issuance of this writ, of which $_____ is due on the Judgment entered, and bears interest at 12 % per annum, in the amount of $ 2.78 PER DAY, from the

Dec of RC                                                  1

date of entry of the Judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and cost of the officer executing this writ.

You are hereby notified that you are attached as Garnishee in the above-entitled action, and you are commanded not to pay any debt due or to become due from yourself to the said defendant above-named, and that you must retain possession and control of all personal property, effects and chooses in action of said Defendant herein, in order that the same may be dealt with according to law, or so much thereof as may be sufficient to satisfy the named Plaintiff's demand, to writ, as of February 8, 2006, $ 9,042.02 with accrued costs and accrued interest, interest accumulating at the rate of $0.35 per day.

The property to be levied upon is described as follows:
All accounts at this bank including savings, checking, safety deposit boxes, but not limited to these. All accounts listed to George Hogan; SS#: 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
AT:  Regions Bank, 3201 Ross Clark Cir., Dothan, AL 36303

Dec of RC

2

Interrogatories:

1. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

2. For writ of execution only, Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

3. If you owe money to the judgment debtor which you will not pay to the leving officer, describe the amount and terms of the obligation and the reason for not paying it to the levying officer:

4. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

5. For writ of execution only: Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

6. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

ATTEST: A True Copy
Certified to _____ 5/3 ____, 20 06
Clerk, U.S. District Court
Middle District of Alabama
BY _____ V. Austin
Deputy Clerk

Dec of RC                              3