M/D-31

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

Lawrence Williams, Jr., et al
Plaintiff(s),

vs.

Angeline Lizarraga, et al
Defendant.

CIVIL ACTION NO. 05mc3258

## ANSWER OF GARNISHEE

Now, on this day, comes _____, garnishee in the above-styled action, and for answer, to the writ of garnishment served upon me on this _____ day of _____, 20___, upon oath says that:

____ Defendant is employed by me and I will withhold from the salary, wages or compensation, as required by law, and will remit same to plaintiff(s) counsel on a ( ____ weekly ____ monthly) basis.

**NOTE:** If plaintiff is U.S.A., the payment **should** be made payable to **Treasury of U. S. and mailed to the U. S. ATTORNEY'S OFFICE, P. O. BOX 197, MONTGOMERY, ALABAMA 36101.** Please reference case number on check.

✓ I have in my possession or control property or money belonging to the defendant, which is not wages, salary or compensation, namely: $240.32 _____
and am holding same subject to orders of the court.

____ Defendant not employed - garnishee not indebted to defendant when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the defendant.

____ Other (Explain): _____

_Rachel McCombs_
Garnishee

Sworn to and signed before me this 15th day of May, 20 06.

PATRICIA ANN HILL
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP 10-25-08

_Patricia Ann Hill_
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been mailed to _____
on this the _____ day of _____, 20 ___.

_____
Signature (Garnishee or Agent)

Interrogatories:

1. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

2. For writ of execution only, Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

*N/A*

3. If you owe money to the judgment debtor which you will not pay to the leving officer, describe the amount and terms of the obligation and the reason for not paying it to the levying officer:

4. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

5. For writ of execution only: Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

6. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

ATTEST: A True Copy 5/3
Certified to _____, 20 06.
Clerk, U.S. District Court
Middle District of Alabama
BY _____
                        Deputy Clerk

Dec of RC

3