IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE WILLIAMS, JR., and GWENDOLYN WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:05mc3258-MHT |
| ANGELINE LIZARRAGO and GEORGE HOGAN, | ) ) ) | |
| Defendants. | ) | |

ORDER

By final judgment entered July 12, 2004, in the Superior Court of the State of California, Alameda County, plaintiffs Lawrence Williams, Jr. and Gwendolyn Williams are to have and recover from defendants Angeline Lizarrago and George Hogan the aggregate sum of $ 5,051.00, plus interest.  That judgment was certified for registration in this district, the Middle District of Alabama, on July 18, 2005 (Doc. No. 1).  On May 3, 2006, a writ of garnishment (Doc. No. 3) was issued against garnishee Regions Bank claiming that the defendants are

indebted to the plaintiffs for $ 9,042.02, plus interest. On May 16, 2006, Regions Bank filed an answer (Doc. No. 5) indicating that it had in its possession $ 240.32 belonging to defendant Hogan.

Accordingly, it is ORDERED that defendants Angeline Lizarrago and George Hogan show cause, if any there be, in writing by June 5, 2006, as to why final judgment should not be entered against garnishee Regions Bank requiring that it pay into the registry of the United States District Court, Montgomery, Alabama, sufficient sums, as prescribed in the writ of garnishment, from the money in its possession belonging to defendant Hogan.

DONE, this the 22nd day of May, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE