George C. Hogan
1001 Wimbledon Drive
Dothan, Alabama 36305

May 30, 2006

To: United States District Court
Debra P. Hackett, Clerk
P O Box 711
Montgomery, AL 36101

RESPONSE:                                                          May 30, 2006

Action #: 20020388734
Re: Lizarrago vs. Hogan
Case # 105MC3258

This is in response to your letter of ORDER TO SHOW CAUSE by 06/05/2006. Enclosed Interrogatories are submitted.

By: *George C. Hogan* (signature)

May 30, 2006

CERTIFICATION OF MAILING:
I certify that I have mailed a true copy of the above notice in a sealed envelope, deposited in the United States Mail with postage prepaid, to the above address as well as, the following:

Regions Bank
3201 Ross Clark Circle
Dothan, AL 36303

Richard Covin and Jane Covin
Recover and Discover Company
P O Box 2390
Oakhurst, CA 93644

By: *George C. Hogan* (signature)

MAY 30, 2006

*Aung C. Hogan*

Interrogatories:

1. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it: **1. VETERANS AND VETERANS DISABILITY. 2. SOCIAL SECURITY DISABILITY. BENIFITS NEEDED TO LIVE A NORMAL LIFE IS THE REASON. THE $216.01, $11.74, AND $12.57 AMOUNTS DEBITED FROM MY ACCOUNT AS PER REGIONS BANK WERE A PART OF THESE BENEFITS.**

2. For writ of execution only, Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

3. If you owe money to the judgment debtor which you will not pay to the leving officer, describe the amount and terms of the obligation and the reason for not paying it to the levying officer:

4. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

5. For writ of execution only: Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

6. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

ATTEST: A True Copy.
Certified to _5/3_____, 20 _06_.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

Dec of RC

3