George C. Hogan
1001 Wimbledon Drive
Dothan, Alabama 36305

RECEIVED

2006 JUN 15 A 10: 05

U.S. DISTRICT CLERK
MIDDLE DIST. ALA

To: Office Of The Clerk
United States District Court
P O Box 711
Montgomery, AL 36101

RESPONSE:                                                                 June 14, 2006

Re: Williams vs. Lizarrago & Hogan
Case # 105MC3258

This is in response to your letter dated June 9, 2006 of ORDER TO FILE
WITH COURT A NOTORIZED COPY OF CLAIM OF EXEMPTION by
June 23, 2006. Enclosed Interrogatories are submitted.

By: *George C. Hogan* [signature]

*Jeanette E. McAuntee* [signature]
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 30, 2009         June 14, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

CERTIFICATION OF MAILING:
I certify that I have mailed a true copy of the above notice in a sealed
envelope, deposited in the United States Mail with postage prepaid, to the
above address as well as, the following:

Regions Bank
3201 Ross Clark Circle
Dothan, AL 36303

Richard Covin and Jane Covin
Recover and Discover Company
P O Box 2390
Oakhurst, CA 93644

By: *George C. Hogan* [signature]

*Jeanette E. McAuntee* [signature]
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 30, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

June 14, 2006

Interrogatories:

By: /s/ Bingl C. [signature]

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 30, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS
Jeanette E. McAlister

1. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it: 1. Veterans and Veterans Disability, 2. Social Security Disability. Benefits needed to live a normal life is the reason. The $216.01, $11.74, and $12.57 amounts debited from my account Previously were a Part of these benefits.

2. For writ of execution only, Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

3. If you owe money to the judgment debtor which you will not pay to the leving officer, describe the amount and terms of the obligation and the reason for not paying it to the levying officer:

4. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

5. For writ of execution only: Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

6. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

Dec of RC                                   3