# Recover and Discover Co.
PO Box 2390
Oakhurst CA   93644-2390

RECEIVED

2006 JUN 27  A 10: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Phone: (559) 641-6300
        (800) 643-6305
Fax:    (559) 641-6303
E-mail rad@rdiscover.com

June 19, 2006

Middle District Of Alabama
1 Church Street
Montgomery AL, 36104


RE:   Case # CV105MC3258-T
      CASE TITLE:  Williams Jr / Lizarrago


Recover and Discover Company is in receipt of the Claim of Exemption filed by George C. Hogan.

The purpose of this letter is to notify the Office of the Clerk, United States District Court and the Defendant, that since a payment arrangement has been made by Mr. Hogan and Mr. Hogan has followed through with the first payment, Recover and Discover Company is not contesting the Claim of Exemption.

Please return all monies received or holding back to the garnishee.

Sincerely,

Richard Cavin


Cc:  George C. Hogan
     1001 Wimbledon Drive
     Dothan, AL 36305

     Regions Bank
     3201 Ross Clark Circle
     Dothan, AL 36305

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Madera_ } ss.

On _June 20, 2006_ before me, _Shannon N Nichelmann_
Date                                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Richard Cain_
Name(s) of Signer(s)

*Notary Public* (handwritten)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

SHANNON N. NICHELMANN
Commission # 1602396
Notary Public - California
Madera County
My Comm. Expires Sep 22, 2009

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

—————————————— OPTIONAL ——————————————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

*Alabama* (handwritten)

Title or Type of Document: _Letter to Middle District of_

Document Date: _June 19, 2006_    Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

## Capacity(ies) Claimed by Signer

Signer's Name: _Richard Cain_

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827