IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LAWRENCE WILLIAMS, JR.,     )
et al.,                     )
                            )
    Plaintiffs,             )
                            )
    v.                      )    CIVIL ACTION NO.
                            )     1:05mc3258-MHT
ANGELINE LIZARRAGO, et al., )        (WO)
                            )
    Defendants.             )
```

### ORDER

Defendant George Hogan having filed a notarized claim of exemption and no objection to the claim of exemption having been filed by plaintiffs Lawrence Williams, Jr. and Gwendolyn Williams within the time allowed, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of garnishee Regions Bank, and that the writ of garnishment issued on May 3, 2006 (Doc. No. 3) is dismissed.

DONE, this the 7th day of August, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**